IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

TERRY DEWAYNE TABOR,  )
      Plaintiff,  )
           )
v.  )  Case No. CIV-25-851-PRW
           )
BECKHAM COUNTY DETENTION  )
CENTER, *et al.*,  )
      Defendants.  )

## ORDER

Before the Court is Magistrate Judge Suzanne Mitchell's Report and Recommendation (Dkt. 25), recommending the Court dismiss Plaintiff's civil rights Complaint (Dkt. 1), without prejudice because Plaintiff failed to comply with Court rules and timely pay the required $2.01 initial partial filing fee. Despite failing to pay the filing fee as ordered, Plaintiff has filed a series of affidavits and a motion to compel.

Plaintiff was advised that he had a right to object to the Report and Recommendation (Dkt. 25) by September 29, 2025, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72, and that failure to make a timely objection would waive any right to appellate review of the factual and legal issues addressed in the Report and Recommendation (Dkt. 25). No objections have been filed as of this date. Having failed to

1

object, Plaintiff has accordingly waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation (Dkt. 25).[1]

Accordingly, the Court **ADOPTS** the Report and Recommendation (Dkt. 25) in full and **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint (Dkt. 1). A separate judgment will follow.

**IT IS SO ORDERED** this 2nd day of December 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

---

[1] *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *cf.* 28 U.S.C. § 636(b)(1) (requiring a district judge to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made" but otherwise permitting a district judge to review the report and recommendations under any standard it deems appropriate).